1  BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 170
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for                                    OK/HAV
   JOSEPH A. MANUEL
5

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,         )   No.  CR. S-03-0404 DFL
                                     )
9          Plaintiff,                )
                                     )   STIPULATION AND PROPOSED
10                                   )   ORDER TO CONTINUE SENTENCING
       v.                            )   FROM MAY 26, 2005 TO JUNE 2, 2005
11                                   )
   JOSEPH A. MANUEL,                 )
12                                   )
           Defendant.                )
13 _____)

14         IT IS HEREBY STIPULATED AND AGREED between the defendant, Joseph Manuel, and

15 the United States of America, through defense counsel, Bruce Locke, and Assistant U.S. Attorney

16 Camil A. Skipper, that the date for sentencing of the defendant may be continued from May 26, 2005

17 at 10:00 a.m., to June 2, 2005 at 10:00 a.m.

18         The reason for the delay is that defense counsel has to make an appearance in federal court in

19 Oakland on May 26, 2005 at 10:30 a.m.

20         For the foregoing reasons, the parties request the Court to continue the date for sentencing

21 from May 26, 2005 at 10:00 a.m., to June 2, 2005 at 10:00 a.m.    Ms. Skipper has authorized Mr.

22 Locke to sign this stipulation and proposed order for her.

23

24 DATED: May 4, 2005                    ____/S/ BRUCE LOCKE_____
                                         BRUCE LOCKE
25                                       Attorney for Mr. Joseph Manuel

26

27

28

29                                             1

DATED: May 4, 2005

      /S/ - BRUCE LOCKE
FOR CAMIL A. SKIPPER
Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: 5/6/2005

DAVID F. LEVI
United States District Judge

2