```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CAMIL A. SKIPPER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2709
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>       v.                          )<br>                                   )<br> JOSEPH ALAN MANUEL,               )<br>                                   )<br>            Defendant.             )<br> _____)  | 2:03-CR-00404-DFL<br><br>FINAL ORDER OF FORFEITURE<br>RE PERSONAL PROPERTY OF<br>DEFENDANT JOSEPH ALAN MANUEL |

   WHEREAS, on May 16, 2005, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant Joseph Alan Manuel forfeiting to the United States the following property:

   a.  generic brand computer including a CD drive, a floppy drive, and a Fujitsu hard drive, model no. MPE3170AT, serial no. 01002551, and assorted floppy diskettes seized by law enforcement officials on or about August 27, 2002.

   AND WHEREAS, on June 13, 20, and 27, 2005, the United States published notification of the Court's Preliminary Order of Forfeiture in the <u>Daily Recorder</u> (Sacramento County), a newspaper of general circulation located in the county in which the subject

1

1  property was seized.  Said published notice advised all third
2  parties of their right to petition the court within thirty (30) days
3  of the publication date for a hearing to adjudicate the validity of
4  their alleged legal interest in the forfeited property;
5      AND WHEREAS, on June 1, 2005, the United States caused Notice
6  of the Preliminary Order of Forfeiture to be sent via U.S. Mail,
7  Certified Mail number 7003 3110 0003 3158 7549, to Billy Kermit
8  Manuel and that article of mail was signed for by Billy Kermit
9  Manuel on or about June 6, 2005;
10     AND WHEREAS, the Court has been advised that no third party has
11 filed a claim to the subject property, and the time for any person
12 or entity to file a claim has expired.
13     Accordingly, it is hereby ORDERED and ADJUDGED:
14     1.  A Final Order of Forfeiture shall be entered forfeiting to
15 the United States of America all right, title, and interest in the
16 above-listed property pursuant to 18 U.S.C. § 2253, to be disposed
17 of according to law, including all right, title, and interest of
18 Joseph Alan Manuel.
19     2.  All right, title, and interest in the above-described
20 property shall vest solely in the name of the United States of
21 America.
22     3.  The United States shall maintain custody of and control
23 over the subject property until it is disposed of according to law.
24     SO ORDERED THIS 9 day of September, 2005.

_____
DAVID F. LEVI
United States District Judge