UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable John A. Mendez
United States District Judge
Sacramento, California

                RE:  Joseph Alan MANUEL
                     Docket Number:  2:03CR00404-01
                     **CORRECTION TO JUDGMENT**

Your Honor:

On June 2, 2005, Mr. Manuel was sentenced by the Honorable David F. Levi for a violation of 18 USC 2252(a)(4)(B) - Possession of One or More Matters Containing Depictions of Minors Engaged in Sexually Explicit Conduct and 18 USC 2253 - Forfeiture. He was committed to the Bureau of Prisons for 60 months followed by a 36 month term of supervised release. His conditions of supervision are as follows: Search; Participate in mental health treatment; Aftercare co-payment; Not possess or use a computer; No contact with children under age of 18; Computer equipment examinations; Not possess sexually explicit material in any form that depicts children under the age of 18; Provide business/personal phone records; Consent to third-party disclosure to employer; Participate in sex offender treatment; Register as a drug offender; Register and comply with state sex offender registration agency; Submit to DNA collection.

The Special Condition Number 11 reads:

    11.    The defendant shall register, as required in the jurisdiction in which he resides, as a **drug** offender.

The word "drug" offender was inadvertently stated in the condition but should have stated "sex" instead of "drug" and should state as follows:

    11.    The defendant shall register, as required in the jurisdiction in which he resides, as a **sex** offender.

**RE:    Joseph Alan MANUEL
        Docket Number:   2:02CR00404-01
        <u>CORRECTION TO JUDGMENT</u>**

It is respectfully requested that the Judgment Order dated June 2, 2005, be amended to reflect the change to Special Condition Number 11.

                      Respectfully submitted,

                      /s/Lori L. Koehnen
                      **LORI L. KOEHNEN
                      Senior United States Probation Officer**

Dated:     December 10, 2008
           Sacramento, California
           LLK/cp


**REVIEWED BY:**     /s/Kyriacos M. Simonidis
                          **KYRIACOS M. SIMONIDIS
                          Supervising United States Probation Officer**

Attachment(s)

cc:    Camil A. Skipper
      Assistant United States Attorney

      Bruce Locke
      Defense Counsel

**RE:   Joseph Alan MANUEL
       Docket Number:   2:02CR00404-01
       <u>CORRECTION TO JUDGMENT</u>**


AGREE: _____X_____          DISAGREE: _____


<u>/s/ John A. Mendez          </u>                              <u>12/12/2008</u>
**HON. JOHN A. MENDEZ**                                     DATE
United States District Judge